**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00496-CV

## IN RE CHARLES KILLINGSWORTH, Relator

**Original Proceeding from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 29663**

# ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **DENY**, as unnecessary, relator's motion for leave to file his petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.


/s/     LANA MYERS
        JUSTICE